1

2

3

4         UNITED STATES  DISTRICT COURT

5            Northern District of California

6

7   CRAIG YATES,                                   No. C 10-3347 MEJ

8                    Plaintiff,                    **ORDER FOR PLAINTIFF TO FILE
                                                   DISMISSAL OR STATUS REPORT**
        v.
9
    BARTLETT MARKET & LIQUORS, et al.,
10
                     Defendants.
11   _____/

12

13        On March 9, 2011, the parties in this case participated in a mediation, at which time the case

14  fully settled.  Dkt. No. 8.  As no dismissal has been filed, the Court ORDERS Plaintiff to file a

15  dismissal or status report by May 3, 2012.

16        **IT IS SO ORDERED.**

17
    Dated: April 17, 2012
18                                          _____
                                            Maria-Elena James
19                                          Chief United States Magistrate Judge

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**